# Earnings  Statement

*INTRADO  LIFE  &  SAFETY  INC.*
*1601  DRY  CREEK  DRIVE*
*LONGMONT,   CO  80503*

Period  Beginning:          02/16/2026

Filing Status: Single/Married    filing separately
Exemptions/Allowances:

**SHANE  RODGERS**
**3601  ARAPAHOE  AVENUE  UNIT  409**
**BOULDER  CO  80303**

|  | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 21 0000 | 59 60 | 1 251 60 | 7 305 69 |
| Overtime | 32 6546 | 3 88 | 126 70 | 1 384 24 |
| Daily  Ot | 21 0000 | 1 92 | 40 32 | 283 45 |
| Daily  Ot | 32 6551 |  | 22 38 |  |
| Holiday | 21 0000 | 8 00 | 168 00 | 840 00 |
| Holiday  Ot  1  5 | 21 0000 | 7 88 | 165 48 |  |
| Holiday  Ot  1  5 | 32 6551 |  | 91 84 |  |
| SHIFT  11% | 2 3100 | 73 28 | 169 28 | 972 26 |
| SICK | 21 0000 | 12 00 | 252 00 | 252 00 |
|  |  |  |  | 11 753 11 |

| Other  Benefits  and | this  period | total  to  date |
|---|---|---|
| Us  Sick | 98 02 |  |
| Us  Vacation | 120 00 |  |
| Totl  Hrs  Worked | 63 48 |  |

Taxable  Marital  Status:
  CO:                  Single
Exemptions/Allowances:
  CO:                  0

| | this  period | year  to  date |
|---|---|---|
| Federal  Income  Tax | -190 68 | 1 025 90 |
| Social  Security  Tax | -141 83 | 728 69 |
| Medicare  Tax | -33 17 | 170 42 |
| CO  State  Income  Tax | -91 35 | 470 60 |
| CO  Paid  Family  Leave  Ins | -10 06 | 51 71 |
| Checking | -1 820 51 | |

Your  federal  taxable  wages  this  period  are
$2 287 60

2000  ADP,  Inc.



INTRADO  LIFE  &  SAFETY  INC

Advice  number:          00000100314
03/06/2026

| transit  ABA | amount |
|---|---|
| xxxx  xxxx | $1 820 51 |

**-NEGOTIABLE**

# Earnings Statement

INTRADO LIFE & SAFETY INC.
1601 DRY CREEK DRIVE
LONGMONT, CO 80503

Period Beginning:        03/02/2026

SHANE RODGERS
3601 ARAPAHOE AVENUE UNIT 409
BOULDER CO 80303

Filing Status: Single/Married filing separately
Exemptions/Allowances:

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21 0000 | 75 55 | 1 586 55 | 8 892 24 |
| Overtime | 32 6306 | 7 50 | 244 73 | 1 628 97 |
| Daily Ot | 21 0000 | 1 41 | 29 61 | 329 42 |
| Daily Ot | 32 5953 | | 13 10 | |
| Daily Ot | 32 6313 | | 3 26 | |
| SHIFT 11% | 2 3100 | 84 46 | 195 10 | 1 167 36 |
| Wellbeing | 21 0000 | 3 00 | 63 00 | 63 00 |
| Holiday | | | | 840 00 |
| SICK | | | | 252 00 |
| | | | | 13 888 46 |

**Other Benefits and**

| | this period | total to date |
|---|---|---|

Taxable Marital Status:
  CO:            Single
Exemptions/Allowances:
  CO:            0

| | | |
|---|---|---|
| Federal Income Tax | -172 41 | 1 198 31 |
| Social Security Tax | -132 39 | 861 08 |
| Medicare Tax | -30 96 | 201 38 |
| CO State Income Tax | -84 65 | 555 25 |
| CO Paid Family Leave Ins | -9 40 | 61 11 |

Checking                -1 705 54

Your federal taxable wages this period are
$2 135 35

2000 ADP, Inc.



INTRADO LIFE & SAFETY INC

Advice number:        00000120309
                      03/20/2026

| transit ABA | amount |
|---|---|
| xxxx xxxx | $1 705 54 |

-NEGOTIABLE

# Earnings Statement

INTRADO LIFE & SAFETY INC.
1601 DRY CREEK DRIVE
LONGMONT, CO 80503

Period Beginning: 03/16/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:

SHANE RODGERS
3601 ARAPAHOE AVENUE UNIT 409
BOULDER CO 80303

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21 0000 | 80 00 | 1 680 00 | 10 572 24 |
| Overtime | 32 6552 | 15 92 | 519 87 | 2 148 84 |
| Daily Ot | 21 0000 | 1 80 | 37 80 | 388 20 |
| Daily Ot | 32 6550 | | 20 98 | |
| SHIFT 11% | 2 3100 | 97 72 | 225 73 | 1 393 09 |
| Holiday | | | | 840 00 |
| SICK | | | | 252 00 |
| Wellbeing | | | | 63 00 |
| | | | | 16 372 84 |

| Other Benefits and | this period | total to date |
|---|---|---|

Taxable Marital Status:
  CO:       Single
Exemptions/Allowances:
  CO:       0

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -214 29 | 1 412 60 |
| Social Security Tax | -154 04 | 1 015 12 |
| Medicare Tax | -36 03 | 237 41 |
| CO State Income Tax | -100 01 | 655 26 |
| CO Paid Family Leave Ins | -10 93 | 72 04 |

| Checking | -1 969 08 |
|---|---|

Your federal taxable wages this period are
$2 484 38

2000 ADP, Inc.

INTRADO LIFE & SAFETY INC
1601 DRY CREEK DRIVE
LONGMONT CO 80503

Advice number:     00000140320
Pay date:         04/03/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHANE RODGERS | xxxxx5246 | xxxx xxxx | $1 969 08 |

# NON-NEGOTIABLE

# Earnings Statement

INTRADO LIFE & SAFETY INC.
1601 DRY CREEK DRIVE
LONGMONT, CO 80503

Period Beginning:        03/30/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:

SHANE RODGERS
3601 ARAPAHOE AVENUE UNIT 409
BOULDER CO 80303

|  | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21 0000 | 80 00 | 1 680 00 | 12 252 24 |
| Overtime | 32 6549 | 44 62 | 1 457 06 | 3 605 90 |
| Daily Ot | 21 0000 | 2 32 | 48 72 | 463 96 |
| Daily Ot | 32 6550 |  | 27 04 |  |
| SHIFT 11% | 2 3100 | 126 94 | 293 23 | 1 686 32 |
| Holiday |  |  |  | 840 00 |
| SICK |  |  |  | 252 00 |
| Wellbeing |  |  |  | 63 00 |
|  |  |  |  | 19 878 89 |

| Other Benefits and | this period | total to date |
|---|---|---|

Taxable Marital Status:
  CO:                Single
Exemptions/Allowances:
  CO:                0

| Federal Income Tax | -431 72 | 1 844 32 |
|---|---|---|
| Social Security Tax | -217 37 | 1 232 49 |
| Medicare Tax | -50 83 | 288 24 |
| CO State Income Tax | -144 96 | 800 22 |
| CO Paid Family Leave Ins | -15 43 | 87 47 |

| Checking | -2 645 74 |
|---|---|

Your federal taxable wages this period are
$3 506 05

2000 ADP, Inc.

INTRADO LIFE & SAFETY INC
1601 DRY CREEK DRIVE
LONGMONT CO 80503

Advice number:        00000160315
Pay date:              04/17/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHANE RODGERS | xxxxx5246 | xxxx xxxx | $2 645 74 |

## NON-NEGOTIABLE

# Earnings Statement

INTRADO  LIFE  &  SAFETY  INC.
1601  DRY  CREEK  DRIVE
LONGMONT,   CO   80503

Period  Beginning:        04/13/2026

SHANE  RODGERS
3601  ARAPAHOE  AVENUE  UNIT  409
BOULDER CO  80303

Filing Status: Single/Married   filing separately
Exemptions/Allowances:

|  | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 21 0000 | 74 85 | 1 571 85 | 13 824 09 |
| Overtime | 32 6550 | 6 32 | 206 38 | 3 812 28 |
| Daily  Ot | 21 0000 | 1 34 | 28 14 | 507 72 |
| Daily  Ot | 32 6550 |  | 15 62 |  |
| SHIFT  11% | 2 3100 | 82 50 | 190 58 | 1 876 90 |
| Holiday |  |  |  | 840 00 |
| SICK |  |  |  | 252 00 |
| Wellbeing |  |  |  | 63 00 |
|  |  |  | ▮▮▮▮ | 21 891 46 |

| Other  Benefits  and | this  period | total  to date |
|---|---|---|
| Us  Sick | 98 02 |  |
| Us  Vacation | 120 00 |  |
| Totl  Hrs  Worked | 81 17 |  |

| | this period | year to date |
|---|---|---|
| Federal  Income  Tax | -157 67 | 2 001 99 |
| Social  Security  Tax | -124 78 | 1 357 27 |
| Medicare  Tax | -29 19 | 317 43 |
| CO  State  Income  Tax | -79 25 | 879 47 |
| CO  Paid  Family  Leave  Ins | -8 85 | 96 32 |

Taxable  Marital  Status:
  CO:            Single
Exemptions/Allowances:
  CO:            0

Checking                   -1  612  83

Your  federal  taxable  wages  this  period  are
$2 012 57

2000  ADP,  Inc.

INTRADO  LIFE  &  SAFETY  INC
1601  DRY  CREEK  DRIVE
LONGMONT  CO   80503

Advice  number:        00000180324
Pay  date:             05/01/2026

| Deposited   to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| SHANE  RODGERS | xxxxx5246 | xxxx  xxxx | $1  612  83 |

**NON-NEGOTIABLE**